**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Guillermo Ortiz Torres,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-00640-ADA-SH** |
| **Pamela Bondi, in her official capacity as United States Attorney General, et al.,** | § | |
| **Respondents.** | § | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Guillermo Ortiz Torres's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on March 17, 2026. Dkt. No. 1. On March 20, 2026, this Court ordered the Federal Respondents to show cause as to why the petition should not be granted. Dkt. No. 3. Respondents filed their response on March 25, 2026. Dkt. No. 6. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Hernandez v. Collins, et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior

analysis denying habeas relief in *Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on April 7, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE